Elma WATSON, Administratrix of the Estate of Willie Watson, Deceased and Elma Watson in her Own Right, Appellee,

v.

TEMPLE UNIVERSITY, A Pennsylvania Non Profit Corporation, Which is a Commonwealth University, Temple University Police Department and Temple University Parking Services, Appellants.

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

D. Pamela Gaines, Roland J. Atkins, Philadelphia, for Temple University of the Commonwealth System of Higher Education, et al.

Bernard L. Kubert, Philadelphia, for Elma Watson.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is reversed. *See Ben v. Schwartz,* 556 Pa. 475, 729 A.2d 547 (1999).

Theresa SNYDER, Francis Snyder, Richard Snyder, Janet Snyder, William Hardesty, Mrs. William Hardesty, Francis Flannery, Dorothy Flannery, Charles Wagner, Edward Koszarek, Mrs. Edward Koszarek, Dr. Anna O'Riordan, William McCloskey, Patricia McCloskey, Dorothy Ward, Dorothy Woods, James Fallon, Regina Gillespie, Joseph Sprat, Elizabeth Morris, Donna Sprat, Daniel McCartney, Irene McCartney and David Peppelman, Appellants,

v.

The ZONING HEARING BOARD OF WARMINSTER TOWNSHIP, Appellee,

Planned Parenthood Association of Bucks County, Intervenor,

Warminster Township, Intervenor.

Supreme Court of Pennsylvania.

Argued Oct. 21, 2002.

Decided Nov. 13, 2002.

James T. Owens, West Chester, for appellants, Theresa Snyder, et al.

Stephen B. Harris, Warrington, for appellee, Zoning Hearing Bd. of Warminster Tp.

Andrew W. Bonekemper, Marc D. Jonas, Lansdale, for Intervenor, Planned Parenthood Ass'n of Bucks County.

Stephen B. Harris, Warrington, for Intervenor, Warminster Tp.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

D. Michael Fisher, William H. Ryan, Robert A. Graci, Mary Benefield Seiverling, for appellee amicus curiae, Attorney General.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Stephen FETTER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

Vincent P. DiFabio, Paoli, for appellant, Stephen Fetter.

Thomas Ost-Prisco, Joseph W. Carroll, for appellee, Com.

**JANUS MANAGEMENT SERVICES, INC. and Charter Capital Corporation, Appellant,**

v.

**David SCHLESSINGER, Appellee.**

Superior Court of Pennsylvania.

Argued July 23, 2002.

Filed Oct. 7, 2002.

Reargument Denied Dec. 10, 2002.

